IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:05cr24-SPM

STEPHEN O. ADETONA,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's motion to continue sentencing (doc. 102) is granted. Sentencing is reset for May 15, 2006.

DONE AND ORDERED this 17th day of February, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge