IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 4:05cr24-SPM

STEPHEN O. ADETONA and
FATAI TAIWO, et al.,

       Defendants.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, the unopposed motions (docs. 131 and 132) are granted. Sentencing is reset for 1:30 p.m. on July 26, 2006.

DONE AND ORDERED this 11th day of May, 2006.

                  *s/ Stephan P. Mickle*
                  Stephan P. Mickle
                  United States District Judge