IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:05cr24-SPM

STEPHEN O. ADETONA,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, the unopposed motion (doc. 137) is granted.

Sentencing is reset for 1:30 p.m. on October 16, 2006.

DONE AND ORDERED this 11th day of July, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge