IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO.: 4:05cr24-SPM

STEPHEN O. ADETONA,

    Defendant.
_____/

## ORDER

Before the Court is the government's Rule 35 Motion advising that a reduction in the defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his substantial assistance in the prosecution of others. The defendant's sentence of confinement, therefore, is reduced from 72 months imprisonment to 60 months imprisonment for Counts 1, 26, and 27, to run concurrently. In all other respects, the original sentence imposed by the Judgment and Commitment Order of October 16, 2006 (doc. 159) shall remain unchanged.

DONE AND ORDERED this 14th day of August, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge